Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED OCT 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED OCT 6 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: 06-41217 WJL13

In re: BARRAFELE CHARLES WISHOM

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

Debtor(s)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $.65 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 06-41217 WJL13 | SARA RUBIO-WISHOM<br>2213 VANCOVER WAY<br>CONCORD, CA 94521 | $ 2,000.00 | $ .65 |
| | Total Unclaimed Dividends | | $ .65 |

Dated: September 30, 2011

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee